UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ADALBERT BARBARITO RUIZ-ACOSTA,<br><br>Petitioner,<br><br>v.<br><br>CENTRAL VALLEY ANNEX,<br><br>Respondent. | No.  1:26-cv-04371-DAD-JDP (HC)<br><br>ORDER DENYING MOTION TO APPOINT COUNSEL AS MOOT<br><br>(Doc. No. 11) |

On June 26, 2026, petitioner filed a motion to appoint counsel pursuant to 18 U.S.C. § 3006A.  (Doc. No. 11.)  In that motion, petitioner argues that the court should appoint counsel because there is a likelihood that petitioner will prevail on his petition for writ of *habeas corpus*. (*Id.* at 2.)  However, on June 26, 2026, the court issued an order granting petitioner's petition for writ of *habeas corpus*, ordered petitioner's immediate release from custody and prohibited his re-detention unless the government provided him written notice and a hearing before an immigration judge.  (Doc. No. 9.)

/////

/////

/////

/////

1

Accordingly, petitioner's motion to appoint counsel (Doc. No. 11) is DENIED as having been rendered moot by the court's June 26, 2026 order.

IT IS SO ORDERED.

Dated:    **July 1, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE